JUDGE'S COPY

DEAR CLERK OF COURTS,
     CAN YOU PLEASE TELL ME THE STATUS ON MY WRIT OF HABEAS CORPUS. DO I HAVE TO FILE ANY MORE PETITION? CAN YOU PLEASE REPLY!

VERY TRULY YOURS,
MICHAEL RUSSELL
*Michael Russell*

P.S. HERE'S THE CASE NUMBER

RE: 1:00-CV-02182 Russell vs Horn
    JUDGE: WILLIAM W CALDWELL

FILED
HARRISBURG, PA
JAN 26 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk