<u>AFFIDAVIT</u>

(To be completed by the appropriate prison official)

FILED
SCRANTON
FEB 05 2001
PER _____ DEPUTY CLERK

CIVIL ACTION NO. <u>1:CV-00-2182</u>

I, <u>Walter Williams</u>, being duly sworn, depose and say:

(1) I am employed as <u>Accountant</u> at <u>SCI Waymart</u>

I have served in that capacity since <u>December 26</u>, <u>1995</u>

(2) The petitioner, <u>Michael Russell</u>, Reg. No. <u>CM-0064</u> is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:

a. Prison account

1. Present balance: $ <u>.32</u>

2. Total amount of deposits during six months preceding the filing of the complaint: $ <u>140.00</u>

3. Average monthly balance: $ <u>164.17</u>

4. Average monthly deposits: $ <u>23.33</u>

b. Employment

1. Institutional employment: $ <u>287.43</u>

2. Average monthly wage: $ <u>47.91</u>

c. Other resources: <u>None.</u>

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the six months preceding the filing of the complaint.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

<u>Walter J Williams, Accountant</u>
Signature

Sworn to and subscribed before me this <u>2nd</u> day of <u>February</u>, 2001.

<u>Susan Down</u>
Notary Public SEAL
My Commission Expires
SUSAN DOWN, Notary Public

Return to:

United States District Court
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

DC-138A

United States District Court for the
Middle District of Pennsylvania

Michael Russell
    Petitioner

vs

Martin F. Horn, et al.,
    Respondents

Civil No. 1:CV-00-2182
(Judge Caldwell)

Dear Mrs. E. D'Andrea,

    Here is the affidavit the courts order the prison to have part of the record. Also here's a copying of the $5.00 dollars I sent for the petition. Please let me know if everything I'm doing is right!

    Thank you
    Michael Russell