*See all*

(6)
2-16-01
SC

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

FEB 1 5 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

MICHAEL RUSSELL, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-00-2182
:
MARTIN F. HORN, et al., : (Judge Caldwell)
:
    Respondents :

### ORDER

AND NOW, this 15th day of February, 2001, it is ordered that:

    1. Since petitioner has paid the required filing fee, his motion to proceed *in forma pauperis* (doc. 2) is dismissed as moot.

    2. The Clerk of Court is directed to serve a copy of the petition and this order by certified mail on the following respondents: Raymond J. Colleran and the Pennsylvania Board of Probation and Parole.

    3. Within twenty days of the date of this order, Respondents shall answer the allegations in the petition for writ of habeas corpus.

    4. Respondents shall file a memorandum of law with the answer. The memorandum shall set forth the relevant facts and procedural history of the claim, a recommended disposition of the petition, and citations to pertinent case law.

    5. Petitioner shall, if he so desires file a reply brief within fifteen days of receipt of the Respondents' filings.

6. A determination whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondents' answer and memorandum of law, and, if any, the Petitioner's reply.

/s/ William W Caldwell
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 15, 2001

Re: 1:00-cv-02182   Russell v. Horn

True and correct copies of the attached were to the following:

    Michael Russell
    SCI-WAYMART
    CM-0064
    P.O. Box 256
    Route 6
    Waymart, PA  18472-0256

```
cc:
Judge                         ( / )
Magistrate Judge              (   )
U.S. Marshal                  (   )
Probation                     (   )
U.S. Attorney                 (   )
Atty. for Deft.               (   )
Defendant                     (   )
Warden                        (   )
Bureau of Prisons             (   )
Ct Reporter                   (   )
Ctroom Deputy                 (   )
Orig-Security                 (   )
Federal Public Defender       (   )
Summons Issued                (   ) with N/C attached
                                    U.S. Marshal ( )

Standard Order 93-5           ( / )
Order to Show Cause           ( / ) with Petition att
                                    to:  US Atty Gen
                                         DA of County

Bankruptcy Court              (   )
Other_____  (   )
```

DATE: _____2/15/01_____          BY: _____
                                     Deputy Clerk

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Recipient's Name: Raymond J. Colleran Supt
Street: P.O. Box 256 Route 6
City, State, ZIP: Waymart, Pa. 18472

Recipient's Name: Pa Board of Prob & Parole
Street: 1101 South Front St
City, State, ZIP: Harrisburg, Pa 17104-25

Recipient's Name: Francis Filpi
Street: Strawberry Sq.
City, State, ZIP: HBG Pa 17121

Recipient's Name: Michael Fisher
Street: Strawberry Sq.
City, State, ZIP: HBG Pa.