**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery: 2/17/01
C. Signature: X Gerald ___ — Agent / Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:

Raymond J. Colleran, Supt.
[W]aymart
[Box] 256, Route #6
[Waymart], Pa. 18472

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 2299

S. Cause order 00-2182  2/15/01
J. Cald.
1 of 4.

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

CV-00-2182
Caldwell

---

[...]gy, Pa. 17104-2518

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 2305

S. Cause O. 00-2182  2/15/01
J. Cald
2 of 4

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

- so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

X _____ ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:

[Fra]ncis Filipi, Deputy Attorney General
[15th Flo]or, Strawberry Square
[Harrisb]urg, Pa. 17120

**FILED**
HARRISBURG, PA
FEB 22 2001
MARY E. D'ANDREA, CLERK
Per: _____ Deputy Clerk

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 2343

S. Cause order 00-2182  2/15/01
J. Cald
3 of 4

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

- ...we can return the card to you.
- ...this card to the back of the mailpiece, or on the front if space permits.

X _____ ☒ Agent  ☐ Addressee
Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:

Michael Fisher, Pa. Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 2312

S. Cause order 00-2182  2/15/01
J. Cald
4 of 4

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952