00-2182  ⑧
Caldwell/VanBlic 2/23/[?]

FILED
SCRANTON

FEB 2 0 2001

_____
DEPUTY CLERK

```
[rcptrec]           CFS-1 V8.2 -- Pennsylvania Middle   12 FEB 2001 - 14:18
[I]NQUIRE                    Receipt Maintenance
REGISTER NO     :333
RECEIPT NO      :81987
RECEIPT SUB NO :0       RECEIPT TYPE: N   RECEIPT DATE:12/11/00
TENDER TYPE:2           RECEIPT AMT:           5.00

FUND       :086900   CASE NO:              PAYMENT TYPE:
                     DEFENDANT:0
                     BANK CODE:      BANK ACCOUNT:

VOUCHER NO  :0       PAYOR NO:
SUB VOUCHER :0       VENDOR INV:0
FY:     BUDGET ORG:       BUDGET OBJ CLASS:    SUB OBJ CLASS:
        COST ORG  :       REVENUE SOURCE   :
REMARKS:SCI WAYMART WAYMART, PA 18472
REMARKS:NEW H/C PETITION MICHAEL RUSSELL CM0064/LF
                         POSTED DATE:12/12/00   ERR CODE:0


[N]EXT, [P]REVIOUS, [S]TOP
searched: 100252 selected:    107 current:       6

            1 Sess-1    156.122.6.246                      1 22/29
```