**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

February 20, 2001

Mr. Michael Russell
CM-0064
SCI-Waymart
P.O. Box 256
Waymart, PA 18472

FILED
SCRANTON
FEB 20 2001
PER _____
   DEPUTY CLERK

Re:   Russell v. Horn, et al., Civil No. 1:CV-00-2182   (Judge Caldwell)

Dear Mr. Russell:

I am writing in response to your letter of January 26, 2001 regarding the case referenced above. Please be advised that service of the petition was ordered on February 15, 2001.

Sincerely,

James P. Van Wie, Esquire
Pro Se Law Clerk

JPVW:laf