UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUDGE'S COPY

| Michael Russell, Petitioner<br><br>vs<br><br>Martin F. Horn, et al., | Civil No. 1: CV-00-2182<br><br>Judge Caldwell |
|---|---|

**PETITION FOR APPOINTMENT OF COUNSEL**

FILED
FEB 26 2001
PER _____ DEPUTY CLERK
HARRISBURG, PA.

TO: THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the petitioner, Michael Russell, pro se, in the above-entitled action, pursuant to 18 USCA §3006A(c) and F.R.Cr.P. 44, and respectfully requests that the HONORABLE COURT appoint counsel to represent him in this action before the Court, for the following reasons:

1. Petitioner is unable to afford counsel.
2. Petitioner has a limited knowledge of the law.
3. The issues involved in this action are complex.
4. The institution limits the access to the law library and the materials contained therein are very limited.
5. The ends of justice would be best served in this action if an attorney were appointed to represent the petitioner.

WHEREFORE, for the foregoing reasons, the petitioner respectfully moves this HONORABLE COURT to grant this motion for appointment of counsel in forma pauperis.

Respectfully submitted,

Dated: 2-22-01

Michael Russell

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256