ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RUSSELL, | : | |
| Petitioner | : | No. 00-2182 |
| v. | : | |
| MARTIN HORN, et al., | : | |
| Respondents | : | |

FILED
HARRISBURG, PA
MAR 07 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respondents, by their counsel, hereby move the Court for an enlargement of time to file their answer and supporting memorandum to the petition for habeas corpus. In support thereof, defendants state the following:

1. This action is brought by a prisoner seeking habeas corpus relief.

2. On February 15, 2001, this Court ordered, inter alia, that respondents answer the petition within twenty days of the order. The Court also ordered respondents to file a memorandum of law on the same day. Accordingly, the answer and memorandum are due March 7, 2001.

3. This counsel did not receive the petition until February 21, 2001.

4. Counsel has been unable to complete the investigation of this matter since February 21, 2001, and requests an enlargement of time of one week or until March 14, 2001.

5. This short enlargement will not unduly delay this matter, nor will it prejudice the petitioner.

WHEREFORE, respondents respectfully request an enlargement of time to file their answer to the petition for habeas corpus and the accompanying memorandum.

Respectfully submitted,

**D. MICHAEL FISHER**
Attorney General

BY: *[signature]*

**MICHAEL L. HARVEY**
Senior Deputy Attorney General

**SUSAN J. FORNEY**
Chief Deputy Attorney General
Chief, Litigation Section

15th Floor, Strawberry Square
Harrisburg, PA 17120
PHONE: (717) 783-6896
FAX: (717) 772-4526

DATE: March 7, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RUSSELL,                :
                                :
        Petitioner               :     No. 00-2182
                                :
        v.                       :
                                :
MARTIN HORN, et al.,             :
                                :
        Respondents              :

### CERTIFICATE OF SERVICE

I, Michael L. Harvey, Senior Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing, Respondents' Motion for Enlargement by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA, addressed to the following:

Michael Russell, CM-0064
SCI-Waymart
P.O. Box 256 Route 6
Waymart, PA 18472-0256

_____
MICHAEL L. HARVEY
SENIOR DEPUTY ATTORNEY GENERAL

DATE: March 7, 2001