12

Amo 3/9/0

United States District Court For The Middle District of Pennasylvania

Re: Russell vs Horn, Et Al., Civil No: 1:CV-002182 (Judge Caldwell)

VanWie

Dear Mr Wie:

Can you please tell me when is the deadline for the respondents? Do I count the weekends as days to reply? Also do you have any information for pro se lawyer that are willing to help out with legal work?

Sincerely

Michael Russell

Michael Russell

FILED
SCRANTON

MAR 0 8 2001

PER _____
DEPUTY CLERK