UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RUSSELL, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-00-2182
:
MARTIN F. HORN, ET AL., : (Judge Caldwell)
:
    Respondents :

### ORDER

AND NOW, this 13th day of March, 2001, upon consideration of respondents' motion for an enlargement of time in which to file an answer to the petition for writ of habeas corpus, the motion (doc. 11) is granted. Respondents shall file their response on or before March 15, 2001.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

```
            UNITED STATES DISTRICT COURT
                     FOR THE
            MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                    March 13, 2001


Re:  1:00-cv-02182    Russell v. Horn



True and correct copies of the attached were mailed by the clerk
to the following:


     Michael Russell
     SCI-WAYMART
     CM-0064
     P.O. Box 256
     Route 6
     Waymart, PA  18472-0256

     Michael L. Harvey, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, PA  17120




cc:
Judge                           (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                ( )              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                          DA of County  ( )   Respondents  ( )
Bankruptcy Court                ( )
Other_____    ( )
                                                 MARY E. D'ANDREA, Clerk
```

DATE: 3/13/01                         BY: /s/ [signature]
                                          Deputy Clerk