OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380



March 12, 2001

Mr. Michael Russell
CM-0064
SCI-Waymart
P.O. Box 256
Waymart, PA 18472

Re:  Russell v. Horn, et al., Civil No. 1:CV-00-2182    (Judge Caldwell)

Dear Mr. Russell:

In response to your letter filed March 8, 2001 (Doc. 12), please be advised that by order dated March 13, 2001, the Respondents were granted an enlargement of time to March 15, 2001 in which to file a response to your petition.

Sincerely,

James P. Van Wie, Esquire
Pro Se Law Clerk

JPVW:laf