IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RUSSELL,

    Petitioner

v.

MARTIN HORN, et al.,

    Respondents

Civil No. 1:CV-00-2182

(Judge Caldwell)

FILED
HARRISBURG, PA

MAR 1 9 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

### ORDER

AND NOW, this 19th day of March, 2001, upon consideration of respondents' motion for leave to file answer to petition for writ of habeas corpus and supporting memorandum one day out of time, it is hereby ordered that the motion is granted and. Respondents' answer and supporting memorandum, filed on March 16, 2001, are deemed timely filed.

William W. Caldwell
United States District Judge

```
               UNITED STATES DISTRICT COURT
                        FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

             * * MAILING CERTIFICATE OF CLERK * *

                       March 19, 2001
```

Re:  1:00-cv-02182   Russell v. Horn

True and correct copies of the attached were mailed by the clerk to the following:

```
    Michael Russell
    SCI-WAYMART
    CM-0064
    P.O. Box 256
    Route 6
    Waymart, PA  18472-0256

    Michael L. Harvey, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120
```

```
cc:
Judge                           (✓)         ( ) Pro Se Law Clerk
Magistrate Judge                ( )         ( ) INS
U.S. Marshal                    ( )         ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to: US Atty Gen   ( )   PA Atty Gen   ( )
                                         DA of County  ( )   Respondents   ( )
Bankruptcy Court                ( )
Other_____( )
                                                  MARY E. D'ANDREA, Clerk
```

DATE: _____3/19/01_____          BY: _____(signature)_____
                                      Deputy Clerk

Case 1:00-cv-02182-WWC-JVW    Document 17    Filed 03/19/2001    Page 3 of 3