JUDGE'S COPY

20
COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RUSSELL                :
                               :
        PETITIONER             :   CIVIL # 1:CV-00_2182
        V.                     :
                               :
MARTIN HORN, et al.,           :   (JUDGE CALDWELL)
                               :
        RESPONDENTS            :
                               :         FILED
                                       HARRISBURG, PA

        MOTION TO WITHDRAW PETITION       MAR 27 2001
        FOR WRIT OF HABEAS CORPUS
                                       MARY E. D'ANDREA, CLERK
                                       Per _____ Deputy Clerk

I, Michael Russell, The above petitioner, respectfully ask that this court allow petitioner to withdraw his petition for Writ of Habeas Corpus, and allow it to be dismissed without prejudice for the reasons set in.

Petitioner was unaware of the fact that he had to fully use his state court remedies in order to perfect a Habeas Corpus.

Also petitioner would like that this petition be dismissed so that petitioner may be allowed to go back and use all avenues that are available before submitting another Writ of habeas corpus to this honorable court.

DATED 3-22-01

                                    Michael Russell
                                    MICHAEL RUSSELL
                                        PRO-SE

PROOF OF SERVICE

I, MICHAEL RUSSELL, THE UNDERSIGNED, DO VERIFY THAT I HAVE SERVED COPIES OF THIS PETITION BY U.S. POSTAGE PAID MAIL TO THE CLERK OF COURTS, AND THE PARTIES BELOW.

MICHAEL L. HARVEY
SENIOR DEPUTY ATTORNEY GENERAL
15TH FLOOR. STRAWBERRY SQUARE.
HARRISBURG. PA. 17120

CLERK OF COURTS OFFICE
U.S. DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG. PA. 17108

VERIFICATION

I, MICHAEL RUSSELL, THE UNDERSIGNED, VERIFY THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT AND THAT ANY FALSE STATEMENTS HEREIN ARE MADE SUBJECT TO TITLE 18 Pa.C.S.A. SECTION 4904 RELATING TO UNSWORN FALSIFICATION TO AUTHORITIES.

DATED: 3-22-01

*Michael Russell*
RESPECTFULLY SUBMITTED

MICHAEL RUSSELL
CM-0064    M--2
P.O. BOX 256
WAYMART PA 18472-0256