UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RUSSELL,               :
                               :
    Petitioner                 :
                               :
v.                             :     CIVIL NO. 1:CV-00-2182
                               :
MARTIN F. HORN, ET AL.,        :     (Judge Caldwell)
                               :
    Respondents                :

**ORDER**

AND NOW, this 9th day of April, 2001, upon consideration of Petitioner's "Motion to Withdraw Petition for Writ of Habeas Corpus" so that he can exhaust state-court remedies, it is ordered that:

 1. The motion (doc. 20) is granted.

 2. This action is dismissed without prejudice.

 3. The Clerk of Court is directed to close this case.

WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 9, 2001

Re:  1:00-cv-02182    Russell v. Horn

True and correct copies of the attached were mailed by the clerk to the following:

Michael Russell
SCI-WAYMART
CM-0064
P.O. Box 256
Route 6
Waymart, PA  18472-0256

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

( ✓ ) Pro Se Law Clerk
(   ) INS
(   ) Jury Clerk

dge
gistrate Judge                        )
S. Marshal                            )
obation                               )
S. Attorney                           )
ty. for Deft.                         (
fendant                               (
rden                                  (
reau of Prisons                       (
  Reporter                            (
room Deputy                           (
ig-Security                           (
deral Public Defender                 (    h N/C attached to complt. and served by:
mmons Issued                          (    Marshal (  )    Pltf's Attorney (  )
andard Order 93-5                     (    Petition attached & mailed certified mai
der to Show Cause                     (    US Atty Gen   (  )    PA Atty Gen (  )
                                      (    DA of County  (  )    Respondents (  )
nkruptcy Court                        (
ner_____

MARY E. D'ANDREA, Cle